

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | WWW.TXDOT.GOV

Thu, 16 May 2024

STATE OF TEXAS   §

This is to certify that I, Jim Markham, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Sat, 24 June 2023, which occurred in Loving County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Jim Markham
Director, Crash Data & Analysis Section
Traffic Safety Division
125 East 11th Street
Austin, TX  78701-2483



OUR VALUES: People • Accountability • Trust • Honesty
OUR MISSION: Connecting You With Texas

An Equal Opportunity Employer

**EXHIBIT 5**

# Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [X] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 2
TxDOT Crash ID: 19640575.4 / 2023327904

Refer to the attached code sheet for numbered fields
Questions? Call 844/274-7457
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/24/2023
- *Crash Time (24HRMM): 1016
- Case ID: TX 2023-264242
- Local Use:
- *County Name: LOVING
- *City Name:
- [X] Outside City Limit
- In your opinion, did this crash result in at least $1000 damage to any one person's property? [X] Yes [ ] No
- Latitude (decimal degrees): 31.71586
- Longitude (decimal degrees): 103.58862

### ROAD ON WHICH CRASH OCCURRED
- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 302
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- *Street Name:
- 4 Street Suffix:
- Private Drive or Road, Private Property, Parking Lot: [ ]
- 3 Dir. of Traffic: E
- Toll Road/Toll Lane: [ ]
- Speed Limit: 55
- Const. Zone: [X] Yes [ ] No
- Workers Present: [ ] Yes [X] No
- Secondary Crash: [ ] Yes [X] No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
- At Int.: [ ] Yes [X] No
- 1 Rdwy. Sys.:
- Hwy. Num.:
- 2 Rdwy. Part:
- Block Num.:
- 3 Street Prefix:
- Street Name:
- 4 Street Suffix:
- Distance from Int. or Ref. Marker: 0.01
- [ ] FT [X] MI
- 3 Dir. from Int. or Ref. Marker: E
- Ref. Marker: 192
- Speed Limit:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER & PERSONS — Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- Parked Vehicle: [ ]
- Hit and Run: [ ]
- LP State: TX
- LP Num.: 1N42083
- VIN: 3AKJGLDR8HSHW9799
- Veh. Year: 2017
- 6 Veh. Color: BLU
- Veh. Make: FREIGHTLINER
- Veh. Model: CASCADIA 125
- 7 Body Style: TT
- Responder Struck: [ ]
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- Police, Fire, EMS on Emergency: [ ]
- 10 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 49096559
- 11 DL Class: C
- 12 CDL End.: 98
- 13 DL Rest.: 98
- DOB (MM/DD/YYYY): 04/15/1970
- Address: 9001 JONES RD APT 1110 HOUSTON, TX 77065

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEDINA JUNCO, NOERVIS | A | 53 | H | 1 | 1 | 1 | 97 | 97 | N | 2 | 0 | 2 | 2 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner  [ ] Lessee
- Owner/Lessee Name & Address: ALBA TRUCK INC, 20 KNOLL CIR ODESSA, TX 79762
- Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired  [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: PROGRESSIVE (COUNTY MUTUAL) INS. CO.
- Fin. Resp. Num.: 969344423
- Fin. Resp. Phone Num.: (800) 776-4737
- 29 Vehicle Damage Rating 1: 1 2 - F D 7
- 29 Vehicle Damage Rating 2:
- Vehicle Inventoried: [X] Yes [ ] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

## VEHICLE, DRIVER & PERSONS — Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 6
- Parked Vehicle: [ ]
- Hit and Run: [ ]
- LP State: ND
- LP Num.: T911854
- VIN: 1TDH40025PB177232
- Veh. Year: 2023
- 6 Veh. Color: SIL
- Veh. Make: TIMPTE
- Veh. Model: NOT APPLICABLE
- 7 Body Style: TL
- Responder Struck: [ ]
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- Police, Fire, EMS on Emergency: [ ]
- 10 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 11 DL Class:
- 12 CDL End.:
- 13 DL Rest.:
- DOB (MM/DD/YYYY):
- Address:

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner  [ ] Lessee
- Owner/Lessee Name & Address: PRECISE TRANSPORT LLC, 1015 17TH ST SE MINOT, ND 58701
- Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired  [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: PROGRESSIVE (COUNTY MUTUAL) INS. CO.
- Fin. Resp. Num.: 969344423
- Fin. Resp. Phone Num.: (800) 776-4737
- 29 Vehicle Damage Rating 1: 1 2 - F D 2
- 29 Vehicle Damage Rating 2:
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

| Law Enforcement and TxDOT Use ONLY. Form CR-3 (Rev. 4/1/2023) | Case ID | TX 2023-264242 | TxDOT Crash ID | 19640575.4/2023327904 | Page 2 of 4 |
|---|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 1 | 1 | ODESSA MEDICAL CENTER HOSPITAL | AEROCARE | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | FAIL TO DRIVE IN SINGLE LANE | TX 2023-1112706 |
| 1 | 1 | CRIMINALLY NEGLIGENT HOMICIDE | TX 2023-264242 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| TELEPHONE POLE AND LINE | WINDSTREAM | 312 CYPRESS PECOS, TX 79772 |
| BARBED WIRE FENCE | SPARKS, ALAN | PO BOX 207 MENTONE, TX 79754 |

## CMV

Unit Num. 1 | [X] 10,001+ LBS. | [ ] Transporting Hazardous Material | [ ] 9+ Capacity | CMV Disabling Damage? [X] Yes [ ] No | 30 Veh. Oper. 2 | 31 Carrier ID Type 1 | Carrier ID Num. 04067829

Carrier's Corp. Name: VERO TRANSPORTS LLC | Carrier's Primary Addr.: 3939 TANGLEWOOD LN APT 119 ODESSA, TX 79762 | 32 Veh. Type 9

33 Bus Type 0 | [X] RGVW [ ] GVWR 80000 | HazMat Released [ ] Yes [ ] No | 34 HazMat Class Num. | HazMat ID Num. | 34 HazMat Class Num. | HazMat ID Num. | 35 Cargo Body Type 10

Unit Num. 2 | [X] RGVW [ ] GVWR | 36 Trlr. Type 2 | CMV Disabling Damage? [X] Yes [ ] No | Unit Num. | [ ] RGVW [ ] GVWR | 36 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events | 37 Seq. 1: 8 | 37 Seq. 2: 13 | 37 Seq. 3 | 37 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [X] No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| Unit # | 38 Contributing Factors | | 39 Vehicle Defects | | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 23 | | | | 1 | 1 | 97 | 1 | 1 | 1 | 12 |

### Investigator's Narrative Opinion of What Happened

Unit 1 towing Unit 2 was traveling westbound on SH-302 near mile marker 192. Unit 1 towing Unit 2 for an unknown reason failed to drive in a single lane crossing the center stripe into the eastbound lane. Unit 3 towing Unit 4 was headed eastbound and took evasive action turning right. Unit 1 towing Unit 2 collided with the Unit 3 at a left side angular impact. Unit 4 began to overturn clockwise and detached from Unit 3. Unit 3 continued off the roadway and became engulfed in fire. Unit 1 towing Unit 2 continued off the roadway and collided with an upside down Unit 4. Unit 3 came to final rest upright facing north. Unit 4 came to rest upside down facing east. Unit 1 towing Unit 2 came to rest upright facing south. There was no evidence of braking from Unit 1 towing Unit 2 prior to the collision. Driver of Unit 3 was pronounced deceased by Loving County Justice of the Peace Angela Medlin.

Field Diagram - Not to Scale (indicates North)

| Date Notified (MM/DD/YYYY) | 06/24/2023 | Time Notified (24HRMM) | 1049 | How Notified | Dispatch |
|---|---|---|---|---|---|
| Date Arrived (MM/DD/YYYY) | 06/24/2023 | Time Arrived (24HRMM) | 1146 | Report Date (MM/DD/YYYY) | 11/07/2023 |
| Date Roadway Cleared (MM/DD/YYYY) | 06/25/2023 | Time Roadway Cleared (24HRMM) | 0034 | Date Scene Cleared (MM/DD/YYYY) | 06/25/2023 | Time Scene Cleared (24HRMM) | 0034 |

Investigation Complete [X] Yes [ ] No | Investigator Name (Printed): Barton, Aaron | ID Num. 15862

ORI Num. | *Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS | Service/Region/DA: H P 4 C 0 9

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [X] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 2
TxDOT Crash ID: 19640575.4 / 2023327904

**Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)**

Refer to the attached code sheet for numbered fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).
Questions? Call 844/274-7457

Texas Department of Transportation

Page 3 of 4

### IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/24/2023
- *Crash Time (24HRMM): 1016
- Case ID: TX 2023-264242
- Local Use:
- *County Name: LOVING
- *City Name:
- [X] Outside City Limit
- In your opinion, did this crash result in at least $1000 damage to any one person's property? [X] Yes [ ] No
- Latitude (decimal degrees): 31.715 86
- Longitude (decimal degrees): 103.588 62

**ROAD ON WHICH CRASH OCCURRED**

- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 302
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- *Street Name:
- 4 Street Suffix:
- [ ] Private Drive or Road, Private Property, Parking Lot
- 3 Dir. of Traffic: E
- [ ] Toll Road/Toll Lane
- Speed Limit: 55
- Const. Zone: [X] Yes [ ] No
- Workers Present: [ ] Yes [X] No
- Secondary Crash: [ ] Yes [X] No
- Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

- At Int.: [ ] Yes [X] No
- 1 Rdwy. Sys.:
- Hwy. Num.:
- 2 Rdwy. Part:
- Block Num.:
- 3 Street Prefix:
- Street Name:
- 4 Street Suffix:
- Distance from Int. or Ref. Marker: 0.01 [ ] FT [X] MI
- 3 Dir. from Int. or Ref. Marker: E
- Ref. Marker: 192
- Speed Limit:
- Street Desc.:
- RRX Num.:

### VEHICLE, DRIVER & PERSONS — Unit 3

- Unit Num.: 3
- 5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: TX
- LP Num.: R671701
- VIN: 1FUJA6CK38LZ06888
- Veh. Year: 2008
- 6 Veh. Color: WHI
- Veh. Make: FREIGHTLINER
- Veh. Model: CONVENTIONAL
- 7 Body Style: TT
- [ ] Responder Struck (Explain in Narrative if checked)
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- [ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)
- 10 DL/ID Type: 2
- DL/ID State: MX
- DL/ID Num.: COAH210035
- 11 DL Class: 98
- 12 CDL End.: 98
- 13 DL Rest.: 98
- DOB (MM/DD/YYYY): 01/05/1985
- Address (Street, City, State, ZIP): LA POPULAR 0   GOMEZ PALACIO, MX 35160

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LOPEZ, FERNANDO SUIGA | K | 38 | H | 1 | 99 | 99 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: AGUILAR GARCIA, JOSE, 3600 SCR 1230 LOT 46   MIDLAND, TX 79706
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: HIGHLANDER SPECIALTY INSURANCE
- Fin. Resp. Num.: CH01-0001197-01
- Fin. Resp. Phone Num.: (787) 339-2100
- 29 Vehicle Damage Rating 1: - V B - 7
- 29 Vehicle Damage Rating 2: 1 1 - L P - 7
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

### VEHICLE, DRIVER & PERSONS — Unit 4

- Unit Num.: 4
- 5 Unit Desc.: 6
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: ME
- LP Num.: 3018059
- VIN: 1P9TC43 27KB343796
- Veh. Year: 2019
- 6 Veh. Color: BLU
- Veh. Make: PRATT TRAILERS
- Veh. Model: NOT APPLICABLE
- 7 Body Style: TL
- [ ] Responder Struck (Explain in Narrative if checked)
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- [ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)
- 10 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 11 DL Class:
- 12 CDL End.:
- 13 DL Rest.:
- DOB (MM/DD/YYYY):
- Address (Street, City, State, ZIP):

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: AMERICAN CHASSIS LEASING INC, PO BOX 6314   METAIRIE, LA 70009
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: HIGHLANDER SPECIALTY INSURANCE
- Fin. Resp. Num.: CH01-0001197-01
- Fin. Resp. Phone Num.: (787) 339-2100
- 29 Vehicle Damage Rating 1: 3 - R&T - 2
- 29 Vehicle Damage Rating 2:
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 4/1/2023)

Case ID: TX 2023-264242
TxDOT Crash ID: 19640575.4/2023327904
Page 4 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 3 | 1 | PECOS FUNERAL HOME | PECOS FUNERAL HOME | 06/24/2023 | 1035 |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

## CMV

Unit Num. 3
[X] 10,001+ LBS.
[ ] Transporting Hazardous Material
[ ] 9+ Capacity
CMV Disabling Damage? [X] Yes [ ] No
30 Veh. Oper. 2
31 Carrier ID Type: 1
Carrier ID Num.: 03273489
32 Veh. Type: 9

Carrier's Corp. Name: MAVERICK LOGISTICS SERVICES LLC
Carrier's Primary Addr.: 300 JOE BEATY EASTLAND, TX 76448

33 Bus Type: 0
[X] RGVW [ ] GVWR: 80000
HazMat Released [ ] Yes [ ] No
34 HazMat Class Num.
HazMat ID Num.
34 HazMat Class Num.
HazMat ID Num.
35 Cargo Body Type: 10

Unit Num. 4
[X] RGVW [ ] GVWR
36 Trlr. Type: 2
CMV Disabling Damage? [X] Yes [ ] No
Unit Num.
[ ] RGVW [ ] GVWR
36 Trlr. Type
CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events: 37 Seq. 1: 13  37 Seq. 2: 1  37 Seq. 3: 7  37 Seq. 4: 6
Intermodal Shipping Container Permit: [ ] Yes [X] No
Actual Gross Weight:
Total Num. Axles:

## FACTORS & CONDITIONS

| 38 Contributing Factors (Investigator's Opinion) | | | 39 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Indicate North

Field Diagram - Not to Scale

## INVESTIGATOR

Date Notified (MM/DD/YYYY): 06/24/2023
Time Notified (24HRMM): 1049
How Notified: Dispatch

Date Arrived (MM/DD/YYYY): 06/24/2023
Time Arrived (24HRMM): 1146
Report Date (MM/DD/YYYY): 11/07/2023

Date Roadway Cleared (MM/DD/YYYY): 06/25/2023
Time Roadway Cleared (24HRMM): 0034
Date Scene Cleared (MM/DD/YYYY): 06/25/2023
Time Scene Cleared (24HRMM): 0034

Investigation Complete: [X] Yes [ ] No
Investigator Name (Printed): Barton, Aaron
ID Num.: 15862

ORI Num.:
Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS
Service/Region/DA: H P 4 C 0 9

# Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [X] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 2
TxDOT Crash ID: 19640575.3 / 2023327904

Refer to the attached code sheet for numbered fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).
Questions? Call 844/274-7457
Page 1 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/24/2023
- *Crash Time (24HRMM): 1016
- Case ID: TX 2023-264242
- Local Use:
- *County Name: LOVING
- *City Name:
- [X] Outside City Limit
- In your opinion, did this crash result in at least $1000 damage to any one person's property? [X] Yes [ ] No
- Latitude (decimal degrees): 31.71586
- Longitude (decimal degrees): 103.58862

### ROAD ON WHICH CRASH OCCURRED
- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 302
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- *Street Name:
- 4 Street Suffix:
- [ ] Private Drive or Road, Private Property, Parking Lot
- 3 Dir. of Traffic: E
- [ ] Toll Road/Toll Lane
- Speed Limit: 55
- Const. Zone: [X] Yes [ ] No
- Workers Present: [ ] Yes [X] No
- Secondary Crash: [ ] Yes [X] No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
- At Int.: [ ] Yes [X] No
- 1 Rdwy. Sys.:
- Hwy. Num.:
- 2 Rdwy. Part:
- Block Num.:
- 3 Street Prefix:
- Street Name:
- 4 Street Suffix:
- Distance from Int. or Ref. Marker: 0.01
- [ ] FT [X] MI
- 3 Dir. from Int. or Ref. Marker: E
- Ref. Marker: 192
- Speed Limit:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER & PERSONS — Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: TX
- LP Num.: 1N42083
- VIN: 3AKJGLDR8HSHW9799
- Veh. Year: 2017
- 6 Veh. Color: BLU
- Veh. Make: FREIGHTLINER
- Veh. Model: CASCADIA 125
- 7 Body Style: TT
- [ ] Responder Struck (Explain in Narrative if checked)
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- [ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)
- 10 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 49096559
- 11 DL Class: C
- 12 CDL End.: 98
- 13 DL Rest.: 98
- DOB (MM/DDYYYY): 04/15/1970
- Address (Street, City, State, ZIP): 9001 JONES RD APT 1110  HOUSTON, TX 77065

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEDINA JUNCO, NOERVIS | A | 53 | H | 1 | 1 | 1 | 97 | 97 | N | 2 | 0 | 2 | 2 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: ALBA TRUCK INC, 20 KNOLL CIR ODESSA, TX 79762
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: PROGRESSIVE (COUNTY MUTUAL) INS. CO.
- Fin. Resp. Num.: 969344423
- Fin. Resp. Phone Num.: (800) 776-4737
- 29 Vehicle Damage Rating 1: 1 2 - F D - 7
- 29 Vehicle Damage Rating 2:
- Vehicle Inventoried: [X] Yes [ ] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

## VEHICLE, DRIVER & PERSONS — Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 6
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: ND
- LP Num.: T911854
- VIN: 1TDH40025PB177232
- Veh. Year: 2023
- 6 Veh. Color: SIL
- Veh. Make: TIMPTE
- Veh. Model: NOT APPLICABLE
- 7 Body Style: TL
- [ ] Responder Struck (Explain in Narrative if checked)
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- [ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)
- 10 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 11 DL Class:
- 12 CDL End.:
- 13 DL Rest.:
- DOB (MM/DDYYYY):
- Address (Street, City, State, ZIP):

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: PRECISE TRANSPORT LLC, 1015 17TH ST SE, MINOT, ND 58701
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: PROGRESSIVE (COUNTY MUTUAL) INS. CO.
- Fin. Resp. Num.: 969344423
- Fin. Resp. Phone Num.: (800) 776-4737
- 29 Vehicle Damage Rating 1: 1 2 - F D - 2
- 29 Vehicle Damage Rating 2:
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 4/1/2023)

Case ID: TX 2023-264242
TxDOT Crash ID: 19640575.3/2023327904
Page 2 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 1 | 1 | ODESSA MEDICAL CENTER HOSPITAL | AEROCARE | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | FAIL TO DRIVE IN SINGLE LANE | TX 2023-1112706 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| TELEPHONE POLE AND LINE | WINDSTREAM | 312 CYPRESS PECOS, TX 79772 |
| BARBED WIRE FENCE | SPARKS, ALAN | PO BOX 207 MENTONE, TX 79754 |

## CMV

Unit Num. 1 — [X] 10,001+ LBS — Transporting Hazardous Material: No — 9+ Capacity: No — CMV Disabling Damage? [X] Yes — 30 Veh. Oper. 2 — 31 Carrier ID Type 1 — Carrier ID Num. 04067829

Carrier's Corp. Name: VERO TRANSPORTS LLC
Carrier's Primary Addr.: 3939 TANGLEWOOD LN APT 119 ODESSA, TX 79762
32 Veh. Type: 9

33 Bus Type: 0 — [X] RGVW 80000 — HazMat Released: No — 34 HazMat Class Num. / ID Num. — 34 HazMat Class Num. / ID Num. — 35 Cargo Body Type: 10

Unit Num. 2 — [X] RGVW — 36 Trlr Type: 0 / 2 — CMV Disabling Damage? [X] Yes — Unit Num. — RGVW — 36 Trlr Type — CMV Disabling Damage? 

Sequence Of Events — 37 Seq. 1: 8 — 37 Seq. 2: 13 — 37 Seq. 3 — 37 Seq. 4 — Intermodal Shipping Container Permit: [X] No — Actual Gross Weight — Total Num. Axles

## FACTORS & CONDITIONS

| Unit # | 38 Contributing Factors | | 39 Vehicle Defects | | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 23 | | | | 1 | 1 | 97 | 1 | 1 | 1 | 12 |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened:

Unit 1 towing Unit 2 was traveling westbound on SH-302 near mile marker 192. Unit 1 towing Unit 2 for an unknown reason failed to drive in a single lane crossing the center stripe into the eastbound lane. Unit 3 towing Unit 4 was headed eastbound and took evasive action turning right. Unit 1 towing Unit 2 collided with the Unit 3 at a left side angular impact. Unit 4 began to overturn clockwise and detached from Unit 3. Unit 3 continued off the roadway and became engulfed in fire. Unit 1 towing Unit 2 continued off the roadway and collided with an upside down Unit 4. Unit 3 came to final rest upright facing north. Unit 4 came to rest upside down facing east. Unit 1 towing Unit 2 came to rest upright facing south. There was no evidence of braking from Unit 1 towing Unit 2 prior to the collision. Driver of Unit 3 was pronounced deceased by Loving County Justice of the Peace Angela Medlin.

Field Diagram - Not to Scale (Indicate North)

## INVESTIGATOR

Date Notified (MM/DD/YYYY): 06/24/2023
Time Notified (24HRMM): 1049
How Notified: Dispatch

Date Arrived (MM/DD/YYYY): 06/24/2023
Time Arrived (24HRMM): 1146
Report Date (MM/DD/YYYY): 10/12/2023

Date Roadway Cleared (MM/DD/YYYY): 06/25/2023
Time Roadway Cleared (24HRMM): 0034
Date Scene Cleared (MM/DD/YYYY): 06/25/2023
Time Scene Cleared (24HRMM): 0034

Investigation Complete: [X] Yes
Investigator Name (Printed): Barton, Aaron
ID Num.: 15862

ORI Num.: 
Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS
Service/Region/DA: H P 4 C 0 9

# Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [X] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 2
TxDOT Crash ID: 19640575.3 / 2023327904

Refer to the attached code sheet for numbered fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)
Questions? Call 844-274-7457
Page 3 of 4

Texas Department of Transportation

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 06/24/2023
*Crash Time (24HRMM): 1016
Case ID: TX 2023-264242
Local Use:

*County Name: LOVING
*City Name:
[X] Outside City Limit

In your opinion, did this crash result in at least $1000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 31.71586
Longitude (decimal degrees): 103.58862

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: SH
*Hwy. Num.: 302
2 Rdwy. Part: 1
Block Num.:
3 Street Prefix:
*Street Name:
4 Street Suffix:

[ ] Private Drive or Road, Private Property, Parking Lot
3 Dir. of Traffic: E
[ ] Toll Road/Toll Lane
Speed Limit: 55
Const. Zone: [X] Yes [ ] No
Workers Present: [ ] Yes [X] No
Secondary Crash: [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.:
Hwy. Num.:
2 Rdwy. Part:
Block Num.:
3 Street Prefix:
Street Name:
4 Street Suffix:

Distance from Int. or Ref. Marker: 0.01
[ ] FT [X] MI
3 Dir. from Int. or Ref. Marker: E
Ref. Marker: 192
Speed Limit:
Street Desc.:
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 3
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: R671701
VIN: 1FUJA6CK38LZ06888

Veh. Year: 2008
6 Veh. Color: WHI
Veh. Make: FREIGHTLINER
Veh. Model: CONVENTIONAL
7 Body Style: TT

[ ] Responder Struck (Explain in Narrative if checked)
8 Autonomous Unit: NO
9 Autonomous Level Engaged: NO AUTOMATION
[ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)

10 DL/ID Type: 2
DL/ID State: MX
DL/ID Num.: COAH210035
11 DL Class: 98
12 CDL End.: 98
13 DL Rest.: 98
DOB (MM/DD/YYYY): 01/05/1985

Address (Street, City, State, ZIP): LA POPULAR 0  GOMEZ PALACIO, MX 35160

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LOPEZ, FERNANDO SUIGA | K | 38 | H | 1 | 99 | 99 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: AGUILAR GARCIA, JOSE, 3600 SCR 1230 LOT 46  MIDLAND, TX 79706

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
28 Fin. Resp. Type: 2
Fin. Resp. Name: HIGHLANDER SPECIALTY INSURANCE
Fin. Resp. Num.: CH01-0001197-01

Fin. Resp. Phone Num.: (787) 339-2100
29 Vehicle Damage Rating 1: V B - 7
29 Vehicle Damage Rating 2: 1 1 - L P - 7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: B&B WRECKER SERVICE
Towed To: 2738 W F ST, PECOS, TX 79772

---

Unit Num.: 4
5 Unit Desc.: 6
[ ] Parked Vehicle
[ ] Hit and Run
LP State: ME
LP Num.: 3018059
VIN: 1P9TC4327KB343796

Veh. Year: 2019
6 Veh. Color: BLU
Veh. Make: PRATT TRAILERS
Veh. Model: NOT APPLICABLE
7 Body Style: TL

[ ] Responder Struck (Explain in Narrative if checked)
8 Autonomous Unit: NO
9 Autonomous Level Engaged: NO AUTOMATION
[ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)

10 DL/ID Type:
DL/ID State:
DL/ID Num.:
11 DL Class:
12 CDL End.:
13 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: AMERICAN CHASSIS LEASING INC, PO BOX 6314  METAIRIE, LA 70009

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
28 Fin. Resp. Type: 2
Fin. Resp. Name: HIGHLANDER SPECIALTY INSURANCE
Fin. Resp. Num.: CH01-0001197-01

Fin. Resp. Phone Num.: (787) 339-2100
29 Vehicle Damage Rating 1: 3 - R & T - 2
29 Vehicle Damage Rating 2:
Vehicle Inventoried: [ ] Yes [X] No

Towed By: B&B WRECKER SERVICE
Towed To: 2738 W F ST, PECOS, TX 79772

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 4/1/2023)

Case ID: TX 2023-264242
TxDOT Crash ID: 19640575.3/2023327904
Page 4 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 3 | 1 | PECOS FUNERAL HOME | PECOS FUNERAL HOME | 06/24/2023 | 1035 |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 3  [X] 10,001+ LBS.  [ ] Transporting Hazardous Material  [ ] 9+ Capacity  CMV Disabling Damage? [X] Yes [ ] No  30 Veh. Oper. 2  31 Carrier ID Type 1  Carrier ID Num. 03273489

Carrier's Corp. Name: MAVERICK LOGISTICS SERVICES LLC
Carrier's Primary Addr.: 300 JOE BEATY EASTLAND, TX 76448
32 Veh. Type 9

33 Bus Type 0  [X] RGVW [ ] GVWR 80000  HazMat Released [ ] Yes [ ] No  34 HazMat Class Num.  HazMat ID Num.  34 HazMat Class Num.  HazMat ID Num.  35 Cargo Body Type 10

Unit Num. 4  [X] RGVW [ ] GVWR  36 Trlr. Type 2  0  CMV Disabling Damage? [X] Yes [ ] No  Unit Num. 6  [ ] RGVW [ ] GVWR  36 Trlr. Type  CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events: 37 Seq. 1: 13  37 Seq. 2: 1  37 Seq. 3: 7  37 Seq. 4: 6  Intermodal Shipping Container Permit [ ] Yes [X] No  Actual Gross Weight  Total Num. Axles

## FACTORS & CONDITIONS

| 38 Contributing Factors (Investigator's Opinion) | | | 39 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Indicate North

Field Diagram - Not to Scale

## INVESTIGATOR

Date Notified (MM/DD/YYYY): 06/24/2023
Time Notified (24HRMM): 1049
How Notified: Dispatch

Date Arrived (MM/DD/YYYY): 06/24/2023
Time Arrived (24HRMM): 1146
Report Date (MM/DD/YYYY): 10/12/2023

Date Roadway Cleared (MM/DD/YYYY): 06/25/2023
Time Roadway Cleared (24HRMM): 0034
Date Scene Cleared (MM/DD/YYYY): 06/25/2023
Time Scene Cleared (24HRMM): 0034

Investigation Complete [X] Yes [ ] No
Investigator Name (Printed): Barton, Aaron
ID Num. 15862

ORI Num.
Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS
Service/Region/DA: H P 4 C 0 9

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [X] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 2
TxDOT Crash ID: 19640575.2 / 2023327904

**Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)**
Texas Department of Transportation
Refer to the attached code sheet for numbered fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).
Questions? Call 844/274-7457
Page 1 of 4

### IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 06/24/2023
*Crash Time (24HRMM): 1016
Case ID: TX 2023-264242
Local Use:

*County Name: LOVING
*City Name:
[X] Outside City Limit

In your opinion, did this crash result in at least $1000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 31.71586
Longitude (decimal degrees): 103.5882

**ROAD ON WHICH CRASH OCCURRED**
*1 Rdwy. Sys.: SH
*Hwy. Num.: 302
2 Rdwy. Part: 1
Block Num.:
3 Street Prefix:
*Street Name:
4 Street Suffix:

[ ] Private Drive or Road, Private Property, Parking Lot
3 Dir. of Traffic: E
[ ] Toll Road/Toll Lane
Speed Limit: 55
Const. Zone: [X] Yes [ ] No
Workers Present: [ ] Yes [X] No
Secondary Crash: [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int.: [ ] Yes [X] No
1 Rdwy. Sys.:
Hwy. Num.:
2 Rdwy. Part:
Block Num.:
3 Street Prefix:
Street Name:
4 Street Suffix:

Distance from Int. or Ref. Marker: 0.01
[ ] FT [X] MI
3 Dir. from Int. or Ref. Marker: E
Ref. Marker: 192
Speed Limit:
Street Desc.:
RRX Num.:

### VEHICLE, DRIVER & PERSONS

Unit Num.: 1
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: 1N42083
VIN: 3AKJGLDR8HSHW9799

Veh. Year: 2017
6 Veh. Color: BLU
Veh. Make: FREIGHTLINER
Veh. Model: CASCADIA 125
7 Body Style: TT

[ ] Responder Struck (Explain in Narrative if checked)
8 Autonomous Unit: NO
9 Autonomous Level Engaged: NO AUTOMATION
[ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)

10 DL/ID Type: 2
DL/ID State: MX
DL/ID Num.: LFD01068694
11 DL Class: 98
12 CDL End.: 98
13 DL Rest.: 98
DOB (MM/DD/YYYY): 04/15/1970

Address (Street, City, State, ZIP): 9001 JONES RD APT 1110 HOUSTON, TX 77065

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEDINA JUNCO, NOERVIS | A | 53 | H | 1 | 1 | 1 | 97 | 97 | N | 2 | 0 | 2 | 2 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: ALBA TRUCK INC, 20 KNOLL CIR ODESSA, TX 79762

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
28 Fin. Resp. Type: 2
Fin. Resp. Name: PROGRESSIVE (COUNTY MUTUAL) INS. CO.
Fin. Resp. Num.: 969344423
Vehicle Inventoried: [X] Yes [ ] No

Fin. Resp. Phone Num.: (800) 776-4737
29 Vehicle Damage Rating 1: 1-2-F-D-7
29 Vehicle Damage Rating 2:

Towed By: B&B WRECKER SERVICE
Towed To: 2738 W F ST, PECOS, TX 79772

---

Unit Num.: 2
5 Unit Desc.: 6
[ ] Parked Vehicle
[ ] Hit and Run
LP State: ND
LP Num.: T911854
VIN: 1TDH40025PB177232

Veh. Year: 2023
6 Veh. Color: SIL
Veh. Make: TIMPTE
Veh. Model: NOT APPLICABLE
7 Body Style: TL

[ ] Responder Struck (Explain in Narrative if checked)
8 Autonomous Unit: NO
9 Autonomous Level Engaged: NO AUTOMATION
[ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)

10 DL/ID Type:
DL/ID State:
DL/ID Num.:
11 DL Class:
12 CDL End.:
13 DL Rest.:
DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP):

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: PRECISE TRANSPORT LLC, 1015 17TH ST SE, MINOT, ND 58701

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
28 Fin. Resp. Type: 2
Fin. Resp. Name: PROGRESSIVE (COUNTY MUTUAL) INS. CO.
Fin. Resp. Num.: 969344423
Vehicle Inventoried: [ ] Yes [X] No

Fin. Resp. Phone Num.: (800) 776-4737
29 Vehicle Damage Rating 1: 1-2-F-D-2
29 Vehicle Damage Rating 2:

Towed By: B&B WRECKER SERVICE
Towed To: 2738 W F ST, PECOS, TX 79772

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 4/1/2023)

Case ID: TX 2023-264242
TxDOT Crash ID: 19640575.2/2023327904
Page 2 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 1 | 1 | ODESSA MEDICAL CENTER HOSPITAL | AEROCARE | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | FAIL TO DRIVE IN SINGLE LANE | TX 2023-1112706 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| TELEPHONE POLE AND LINE | WINDSTREAM | 312 CYPRESS PECOS, TX 79772 |
| BARBED WIRE FENCE | SPARKS, ALAN | PO BOX 207 MENTONE, TX 79754 |

## CMV

Unit Num. 1 — [X] 10,001+ LBS. — [ ] Transporting Hazardous Material — [ ] 9+ Capacity — CMV Disabling Damage? [X] Yes [ ] No — 30 Veh. Oper. 2 — 31 Carrier ID Type 1 — Carrier ID Num. 04067829 — 32 Veh. Type 9

Carrier's Corp. Name: VERO TRANSPORTS LLC
Carrier's Primary Addr.: 3939 TANGLEWOOD LN APT 119 ODESSA, TX 79762

33 Bus Type 0 — [X] RGVW [ ] GVWR 80000 — HazMat Released [ ]Yes [ ]No — 34 HazMat Class Num. — HazMat ID Num. — 34 HazMat Class Num. — HazMat ID Num. — 35 Cargo Body Type 10

Unit Num. 2 — [X] RGVW [ ] GVWR 0 — 36 Trlr. Type 2 — CMV Disabling Damage? [X] Yes [ ] No — Unit Num. — [ ] RGVW [ ] GVWR — 36 Trlr. Type — CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events: 37 Seq. 1: 8 — 37 Seq. 2: 13 — 37 Seq. 3 — 37 Seq. 4 — Intermodal Shipping Container Permit [ ] Yes [X] No — Actual Gross Weight — Total Num. Axles

## FACTORS & CONDITIONS

| Unit # | 38 Contributing Factors | | 39 Vehicle Defects | | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 23 | | | | 1 | 1 | 97 | 1 | 1 | 1 | 12 |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Unit 1 towing Unit 2 was traveling westbound on SH-302 near mile marker 192. Unit 1 towing Unit 2 for an unknown reason failed to drive in a single lane crossing the center stripe into the eastbound lane. Unit 3 towing Unit 4 was headed eastbound and took evasive action turning right. Unit 1 towing Unit 2 collided with the Unit 3 at a left side angular impact. Unit 4 began to overturn clockwise and detached from Unit 3. Unit 3 continued off the roadway and became engulfed in fire. Unit 1 towing Unit 2 continued off the roadway and collided with an upside down Unit 4. Unit 3 came to final rest upright facing north. Unit 4 came to rest upside down facing east. Unit 1 towing Unit 2 came to rest upright facing south. There was no evidence of braking from Unit 1 towing Unit 2 prior to the collision. Driver of Unit 3 was pronounced deceased by Loving County Justice of the Peace Angela Medlin.

Indicate North — Field Diagram - Not to Scale

## INVESTIGATOR

Date Notified (MM/DD/YYYY): 06/24/2023 — Time Notified (24HRMM): 1049 — How Notified: Dispatch
Date Arrived (MM/DD/YYYY): 06/24/2023 — Time Arrived (24HRMM): 1146 — Report Date (MM/DD/YYYY): 08/29/2023
Date Roadway Cleared (MM/DD/YYYY): 06/25/2023 — Time Roadway Cleared (24HRMM): 0034 — Date Scene Cleared (MM/DD/YYYY): 06/25/2023 — Time Scene Cleared (24HRMM): 0034
Investigation Complete: [X] Yes [ ] No — Investigator Name (Printed): Barton, Aaron — ID Num.: 15862
ORI Num.: — Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS — Service/Region/DA: H P 4 C 0 9

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [X] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 2
TxDOT Crash ID: 19640575.2 / 2023327904

**Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)**
Refer to the attached code sheet for numbered fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).
Questions? Call 844/274-7457
Page 3 of 4

Texas Department of Transportation

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/24/2023
- *Crash Time (24HRMM): 1016
- Case ID: TX 2023-264242
- Local Use:
- *County Name: LOVING
- *City Name:
- [X] Outside City Limit
- In your opinion, did this crash result in at least $1000 damage to any one person's property? [X] Yes [ ] No
- Latitude (decimal degrees): 31.71586
- Longitude (decimal degrees): 103.5862

**ROAD ON WHICH CRASH OCCURRED**
- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 302
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- *Street Name:
- 4 Street Suffix:
- [ ] Private Drive or Road, Private Property, Parking Lot
- 3 Dir. of Traffic: E
- [ ] Toll Road/Toll Lane
- Speed Limit: 55
- Const. Zone: [X] Yes [ ] No
- Workers Present: [ ] Yes [X] No
- Secondary Crash: [ ] Yes [X] No
- Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
- At Int.: [ ] Yes [X] No
- 1 Rdwy. Sys.:
- Hwy. Num.:
- 2 Rdwy. Part:
- Block Num.:
- 3 Street Prefix:
- Street Name:
- 4 Street Suffix:
- Distance from Int. or Ref. Marker: 0.01
- [ ] FT  [X] MI
- 3 Dir. from Int. or Ref. Marker: E
- Ref. Marker: 192
- Speed Limit:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER & PERSONS

- Unit Num.: 3
- 5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: TX
- LP Num.: R671701
- VIN: 1FUJA6CK38LZ06888
- Veh. Year: 2008
- 6 Veh. Color: WHI
- Veh. Make: FREIGHTLINER
- Veh. Model: CONVENTIONAL
- 7 Body Style: TT
- [ ] Responder Struck (Explain in Narrative if checked)
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- [ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)
- 10 DL/ID Type: 2
- DL/ID State: MX
- DL/ID Num.: COAH210035
- 11 DL Class: 98
- 12 CDL End.: 98
- 13 DL Rest.: 98
- DOB (MM/DD/YYYY): 01/05/1985
- Address (Street, City, State, ZIP): LA POPULAR 0 GOMEZ PALACIO, MX 35160

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LOPEZ, FERNANDO SUIGA | K | 38 | H | 1 | 99 | 99 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: AGUILAR GARCIA, JOSE, 3600 SCR 1230 LOT 46 MIDLAND, TX 79706
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: HIGHLANDER SPECIALTY INSURANCE
- Fin. Resp. Num.: CH01-0001197-01
- Fin. Resp. Phone Num.: (787) 339-2100
- 29 Vehicle Damage Rating 1: - V B - 7
- 29 Vehicle Damage Rating 2: 11 - L P - 7
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

---

- Unit Num.: 4
- 5 Unit Desc.: 6
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: ME
- LP Num.: 3018059
- VIN: 1P9TC4327KB343796
- Veh. Year: 2019
- 6 Veh. Color: BLU
- Veh. Make: PRATT TRAILERS
- Veh. Model: NOT APPLICABLE
- 7 Body Style: TL
- [ ] Responder Struck (Explain in Narrative if checked)
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- [ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)
- 10 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 11 DL Class:
- 12 CDL End.:
- 13 DL Rest.:
- DOB (MM/DD/YYYY): / /
- Address (Street, City, State, ZIP):

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: AMERICAN CHASSIS LEASING INC, PO BOX 6314 METAIRIE, LA 70009
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: HIGHLANDER SPECIALTY INSURANCE
- Fin. Resp. Num.: CH01-0001197-01
- Fin. Resp. Phone Num.: (787) 339-2100
- 29 Vehicle Damage Rating 1: 3 - R&T - 2
- 29 Vehicle Damage Rating 2: - -
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

| Law Enforcement and TxDOT Use ONLY. Form CR-3 (Rev. 4/1/2023) | Case ID | TX 2023-264242 | TxDOT Crash ID | 19640575.2/2023327904 | Page 4 of 4 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 3 | 1 | PECOS FUNERAL HOME | PECOS FUNERAL HOME | 06/24/2023 | 1 0 3 5 |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

## CMV

Unit Num. 3  [X] 10,001+ LBS.  [ ] Transporting Hazardous Material  [ ] 9+ Capacity  CMV Disabling Damage? [X] Yes [ ] No  30 Veh. Oper. 2  31 Carrier ID Type 1  Carrier ID Num. 03273489  32 Veh. Type 9

Carrier's Corp. Name: MAVERICK LOGISTICS SERVICES LLC
Carrier's Primary Addr.: 300 JOE BEATY EASTLAND, TX 76448

33 Bus Type 0  [X] RGVW [ ] GVWR 8 0 0 0 0  HazMat Released [ ] Yes [ ] No  34 HazMat Class Num.  HazMat ID Num.  34 HazMat Class Num.  HazMat ID Num.  35 Cargo Body Type 10

Unit Num. 4  [X] RGVW [ ] GVWR  36 Trlr. Type 2  CMV Disabling Damage? [X] Yes [ ] No  Unit Num.  [ ] RGVW [ ] GVWR  36 Trlr. Type  CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events: 37 Seq. 1: 13  37 Seq. 2: 1  37 Seq. 3: 7  37 Seq. 4: 6  Intermodal Shipping Container Permit [ ] Yes [X] No  Actual Gross Weight  Total Num. Axles

## FACTORS & CONDITIONS

| 38 Contributing Factors (Investigator's Opinion) | | | 39 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Indicate North

Field Diagram - Not to Scale

## INVESTIGATOR

Date Notified (MM/DD/YYYY): 06/24/2023  Time Notified (24HRMM): 1 0 4 9  How Notified: Dispatch

Date Arrived (MM/DD/YYYY): 06/24/2023  Time Arrived (24HRMM): 1 1 4 6  Report Date (MM/DD/YYYY): 08/29/2023

Date Roadway Cleared (MM/DD/YYYY): 06/25/2023  Time Roadway Cleared (24HRMM): 0 0 3 4  Date Scene Cleared (MM/DD/YYYY): 06/25/2023  Time Scene Cleared (24HRMM): 0 0 3 4

Investigation Complete: [X] Yes [ ] No  Investigator Name (Printed): Barton, Aaron  ID Num.: 15862

ORI Num.:  *Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS  Service/Region/DA: H P 4 C 0 9

# Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 2
TxDOT Crash ID: 19640575.1 / 2023327904

Refer to the attached code sheet for numbered fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).
Questions? Call 844/274-7457
Page 1 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/24/2023
- *Crash Time (24HRMM): 1016
- Case ID: TX 2023-264242
- Local Use:
- *County Name: LOVING
- *City Name:
- [X] Outside City Limit
- In your opinion, did this crash result in at least $1000 damage to any one person's property? [X] Yes [ ] No
- Latitude (decimal degrees): 31.71586
- Longitude (decimal degrees): 103.58862

### ROAD ON WHICH CRASH OCCURRED

- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 302
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- *Street Name:
- 4 Street Suffix:
- Private Drive or Road, Private Property, Parking Lot: [ ]
- 3 Dir. of Traffic: E
- Toll Road/Toll Lane: [ ]
- Speed Limit: 55
- Const. Zone: [X] Yes [ ] No
- Workers Present: [ ] Yes [X] No
- Secondary Crash: [ ] Yes [X] No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

- At Int.: [ ] Yes [X] No
- 1 Rdwy. Sys.:
- Hwy. Num.:
- 2 Rdwy. Part:
- Block Num.:
- 3 Street Prefix:
- Street Name:
- 4 Street Suffix:
- Distance from Int. or Ref. Marker: 0.01
- [ ] FT [X] MI
- 3 Dir. from Int. or Ref. Marker: E
- Ref. Marker: 192
- Speed Limit:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER & PERSONS — Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- Parked Vehicle: [ ]
- Hit and Run: [ ]
- LP State: TX
- LP Num.: 1N42083
- VIN: 3AKJGLDR8HSHW9799
- Veh. Year: 2017
- 6 Veh. Color: BLU
- Veh. Make: FREIGHTLINER
- Veh. Model: CASCADIA 125
- 7 Body Style: TT
- Responder Struck: [ ]
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- Police, Fire, EMS on Emergency: [ ]
- 10 DL/ID Type: 2
- DL/ID State: MX
- DL/ID Num.: LFD01068694
- 11 DL Class: 98
- 12 CDL End.: 98
- 13 DL Rest.: 98
- DOB (MM/DD/YYYY): 04/15/1970
- Address: 9001 JONES RD APT 1110 HOUSTON, TX 77065

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEDINA JUNCO, NOERVIS | A | 53 | H | 1 | 1 | 1 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee — Owner/Lessee Name & Address: ALBA TRUCK INC, 20 KNOLL CIR ODESSA, TX 79762
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: PROGRESSIVE (COUNTY MUTUAL) INS. CO.
- Fin. Resp. Num.: 969344423
- Fin. Resp. Phone Num.: (800) 776-4737
- 29 Vehicle Damage Rating 1: 1 2 - F D 7
- 29 Vehicle Damage Rating 2: -
- Vehicle Inventoried: [X] Yes [ ] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

## VEHICLE, DRIVER & PERSONS — Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 6
- Parked Vehicle: [ ]
- Hit and Run: [ ]
- LP State: ND
- LP Num.: T911854
- VIN: 1TDH40025PB177232
- Veh. Year: 2023
- 6 Veh. Color: SIL
- Veh. Make: TIMPTE
- Veh. Model: NOT APPLICABLE
- 7 Body Style: TL
- Responder Struck: [ ]
- 8 Autonomous Unit: NO
- 9 Autonomous Level Engaged: NO AUTOMATION
- Police, Fire, EMS on Emergency: [ ]
- 10 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 11 DL Class:
- 12 CDL End.:
- 13 DL Rest.:
- DOB (MM/DD/YYYY): / /
- Address:

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee — Owner/Lessee Name & Address: PRECISE TRANSPORT LLC, 1015 17TH ST SE MINOT, ND 58701
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 28 Fin. Resp. Type: 2
- Fin. Resp. Name: PROGRESSIVE (COUNTY MUTUAL) INS. CO.
- Fin. Resp. Num.: 969344423
- Fin. Resp. Phone Num.: (800) 776-4737
- 29 Vehicle Damage Rating 1: 1 2 - F D 2
- 29 Vehicle Damage Rating 2: -
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: B&B WRECKER SERVICE
- Towed To: 2738 W F ST, PECOS, TX 79772

| Law Enforcement and TxDOT Use ONLY. Form CR-3 (Rev. 4/1/2023) | Case ID | TX 2023-264242 | TxDOT Crash ID | 19640575.1/2023327904 | Page 2 of 4 |

### Disposition of Injured/Killed

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 1 | 1 | ODESSA MEDICAL CENTER HOSPITAL | AEROCARE | | |

### Charges

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | FAIL TO DRIVE IN SINGLE LANE | TX 2023-1112706 |

### Damage

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| TELEPHONE POLE AND LINE | WINDSTREAM | 312 CYPRESS PECOS, TX 79772 |
| BARBED WIRE FENCE | SPARKS, ALAN | PO BOX 207 MENTONE, TX 79754 |

### CMV

| Unit Num. | 1 | [X] 10,001+ LBS. | [ ] Transporting Hazardous Material | [ ] 9+ Capacity | CMV Disabling Damage? [X] Yes [ ] No | 30 Veh. Oper. 2 | 31 Carrier ID Type 1 | Carrier ID Num. 04067829 | | |
|---|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name: VERO TRANSPORTS LLC  
Carrier's Primary Addr.: 3939 TANGLEWOOD LN APT 119 ODESSA, TX 79762  
32 Veh. Type: 9

| 33 Bus Type | 0 | [X] RGVW [ ] GVWR | 80000 | HazMat Released [ ] Yes [X] No | 34 HazMat Class Num. | HazMat ID Num. | 34 HazMat Class Num. | HazMat ID Num. | 35 Cargo Body Type | 10 |

| Unit Num. | 2 | [X] RGVW [ ] GVWR | | 36 Trlr. Type 0 | CMV Disabling Damage? [X] Yes [ ] No | Unit Num. | [ ] RGVW [ ] GVWR | 36 Trlr. Type 2 | CMV Disabling Damage? [ ] Yes [ ] No |

Sequence Of Events: 37 Seq. 1: 8 | 37 Seq. 2: 13 | 37 Seq. 3: | 37 Seq. 4:  
Intermodal Shipping Container Permit: [ ] Yes [X] No | Actual Gross Weight: | Total Num. Axles:

### Factors & Conditions

| 38 Contributing Factors | | | 39 Vehicle Defects | | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 23 | | | | 1 | 1 | 97 | 1 | 1 | 1 | 12 |

### Narrative and Diagram

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Unit 1 towing Unit 2 was traveling westbound on SH-302 near mile marker 192. Unit 1 towing Unit 2 for an unknown reason failed to drive in a single lane crossing the center stripe into the eastbound lane. Unit 3 towing Unit 4 was headed eastbound and took evasive action turning right. Unit 1 towing Unit 2 collided with the Unit 3 at a left side angular impact. Unit 4 began to overturn clockwise and detached from Unit 3. Unit 3 continued off the roadway and became engulfed in fire. Unit 1 towing Unit 2 continued off the roadway and collided with an upside down Unit 4. Unit 3 came to final rest upright facing north. Unit 4 came to rest upside down facing east. Unit 1 towing Unit 2 came to rest upright facing south. There was no evidence of braking from Unit 1 towing Unit 2 prior to the collision. Driver of Unit 3 was pronounced deceased by Loving County Justice of the Peace Angela Medlin.

### Investigator

| Date Notified (MM/DD/YYYY) | 06/24/2023 | Time Notified (24HRMM) | 1049 | How Notified | Dispatch |
| Date Arrived (MM/DD/YYYY) | 06/24/2023 | Time Arrived (24HRMM) | 1146 | Report Date (MM/DD/YYYY) | 06/24/2023 |
| Date Roadway Cleared (MM/DD/YYYY) | 06/25/2023 | Time Roadway Cleared (24HRMM) | 0034 | Date Scene Cleared (MM/DD/YYYY) | 06/25/2023 | Time Scene Cleared (24HRMM) | 0034 |

Investigation Complete: [X] Yes [ ] No  
Investigator Name (Printed): Barton, Aaron  
ID Num.: 15862

ORI Num.:  
Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS  
Service/Region/DA: H P 4 C 0 9

# Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 2
TxDOT 19640575.1
Crash ID /2023327904

Refer to the attached code sheet for numbered fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).
Questions? Call 844/274-7457
Page 3 of 4

Texas Department of Transportation

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 06/24/2023
*Crash Time (24HRMM): 1016
Case ID: TX 2023-264242
Local Use:

*County Name: LOVING
*City Name:
[X] Outside City Limit

In your opinion, did this crash result in at least $1000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 31°71586
Longitude (decimal degrees): 103°5882

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: SH
*Hwy. Num.: 302
2 Rdwy. Part: 1
Block Num.:
3 Street Prefix:
*Street Name:
4 Street Suffix:

[ ] Private Drive or Road, Private Property, Parking Lot
3 Dir. of Traffic: E
[ ] Toll Road/Toll Lane
Speed Limit: 55
Const. Zone [X] Yes [ ] No
Workers Present [ ] Yes [X] No
Secondary Crash [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.:
Hwy. Num.:
2 Rdwy. Part:
Block Num.:
3 Street Prefix:
Street Name:
4 Street Suffix:

Distance from Int. or Ref. Marker: 0.01
[ ] FT [X] MI
3 Dir. from Int. or Ref. Marker: E
Ref. Marker: 192
Speed Limit:
Street Desc.:
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 3
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: R671701
VIN: 1FUJA6CK38LZ06888

Veh. Year: 2008
6 Veh. Color: WHI
Veh. Make: FREIGHTLINER
Veh. Model: CONVENTIONAL
7 Body Style: TT

[ ] Responder Struck (Explain in Narrative if checked)
8 Autonomous Unit: NO
9 Autonomous Level Engaged: NO AUTOMATION
[ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)

10 DL/ID Type: 2
DL/ID State: MX
DL/ID Num.: COAH210035
11 DL Class: 98
12 CDL End.: 98
13 DL Rest.: 98
DOB (MM/DD/YYYY): 01/05/1985

Address (Street, City, State, ZIP): LA POPULAR 0  GOMEZ PALACIO, MX 35160

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LOPEZ, FERNANDO SUIGA | K | 38 | H | 1 | 99 | 99 | 97 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: AGUILAR GARCIA, JOSE, 3600 SCR 1230 LOT 46  MIDLAND, TX 79706

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
28 Fin. Resp. Type: 2
Fin. Resp. Name: HIGHLANDER SPECIALTY INSURANCE
Fin. Resp. Num.: CH01-0001197-01

Fin. Resp. Phone Num.: (787) 339-2100
29 Vehicle Damage Rating 1: VB-7
29 Vehicle Damage Rating 2: 11-LP-7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: B&B WRECKER SERVICE
Towed To: 2738 W F ST, PECOS, TX 79772

---

Unit Num.: 4
5 Unit Desc.: 6
[ ] Parked Vehicle
[ ] Hit and Run
LP State: ME
LP Num.: 3018059
VIN: 1P9TC4327KB343796

Veh. Year: 2019
6 Veh. Color: BLU
Veh. Make: PRATT TRAILERS
Veh. Model: NOT APPLICABLE
7 Body Style: TL

[ ] Responder Struck (Explain in Narrative if checked)
8 Autonomous Unit: NO
9 Autonomous Level Engaged: NO AUTOMATION
[ ] Police, Fire, EMS on Emergency (Explain in Narrative if checked)

10 DL/ID Type:
DL/ID State:
DL/ID Num.:
11 DL Class:
12 CDL End.:
13 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: AMERICAN CHASSIS LEASING INC, PO BOX 6314  METAIRIE, LA 70009

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
28 Fin. Resp. Type: 2
Fin. Resp. Name: HIGHLANDER SPECIALTY INSURANCE
Fin. Resp. Num.: CH01-0001197-01

Fin. Resp. Phone Num.: (787) 339-2100
29 Vehicle Damage Rating 1: 3-R&T-2
29 Vehicle Damage Rating 2:
Vehicle Inventoried: [ ] Yes [X] No

Towed By: B&B WRECKER SERVICE
Towed To: 2738 W F ST, PECOS, TX 79772

| Law Enforcement and TxDOT Use ONLY. Form CR-3 (Rev. 4/1/2023) | Case ID | TX 2023-264242 | TxDOT Crash ID | 19640575.1/2023327904 | | Page 4 of 4 |

## Disposition of Injured/Killed

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 3 | 1 | PECOS FUNERAL HOME | PECOS FUNERAL HOME | 06/24/2023 | 1 0 3 5 |

## Charges

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## Damage

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 3 | [X] 10,001+ LBS. | [ ] Transporting Hazardous Material | [ ] 9+ Capacity | CMV Disabling Damage? [X] Yes [ ] No | 30 Veh. Oper. 2 | 31 Carrier ID Type 1 | Carrier ID Num. 03273489

Carrier's Corp. Name: MAVERICK LOGISTICS SERVICES LLC
Carrier's Primary Addr.: 300 JOE BEATY  EASTLAND, TX 76448
32 Veh. Type 9

33 Bus Type 0 | [X] RGVW [ ] GVWR 80000 | HazMat Released [ ] Yes [ ] No | 34 HazMat Class Num. | HazMat ID Num. | 34 HazMat Class Num. | HazMat ID Num. | 35 Cargo Body Type 10

Unit Num. 4 | [X] RGVW [ ] GVWR | 36 Trlr. Type 2 | CMV Disabling Damage? [X] Yes [ ] No | Unit Num. | [ ] RGVW [ ] GVWR | 36 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events | 37 Seq. 1 — 13 | 37 Seq. 2 — 1 | 37 Seq. 3 — 7 | 37 Seq. 4 — 6 | Intermodal Shipping Container Permit [ ] Yes [X] No | Actual Gross Weight | Total Num. Axles

## Factors & Conditions

| 38 Contributing Factors (Investigator's Opinion) | | | 39 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
| | | | | | | | | | | | |

## Narrative and Diagram

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Indicate North

Field Diagram - Not to Scale

## Investigator

| Date Notified (MM/DD/YYYY) | 06/24/2023 | Time Notified (24HRMM) | 1 0 4 9 | How Notified | Dispatch |
| Date Arrived (MM/DD/YYYY) | 06/24/2023 | Time Arrived (24HRMM) | 1 1 4 6 | Report Date (MM/DD/YYYY) | 06/24/2023 |
| Date Roadway Cleared (MM/DD/YYYY) | 06/25/2023 | Time Roadway Cleared (24HRMM) | 0 0 3 4 | Date Scene Cleared (MM/DD/YYYY) | 06/25/2023 | Time Scene Cleared (24HRMM) | 0 0 3 4 |

Investigation Complete [X] Yes [ ] No | Investigator Name (Printed): Barton, Aaron | ID Num. 15862

ORI Num. | Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS | Service/Region/DA: H P 4 C 0 9